terms stated in order.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MILLA D. SHONTS v. GROSVENOR S. KINNEY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MARY F. HUTCHISON v. CHARLES A. HUTCHISON, etc.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

MARY F. HUTCHISON v. CHARLES A. HUTCHISON, etc.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ABRAHAM SCHEER v. HERMAN MARKOWITZ.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ABRAHAM SCHEER v. HERMAN MARKOWITZ.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

ELIZABETH BROWN v. JAMES A. HENNESSEY and Others.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

CHARLES J. GRUNERT v. THE CITY OF NEW YORK.— Motion granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of TURBO ELECTRIC CONSTRUCTION COMPANY.— Motion to dismiss appeal granted.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of TURBO ELECTRIC CONSTRUCTION COMPANY.— Motion to dismiss appeal denied.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LOUIS COHEN v. MORRIS H. ROTHSCHILD and Others.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

LOUIS COHEN v. MORRIS H. ROTHSCHILD and Others.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

EDWARD SHAW v. THE ANSALDI COMPANY and Others.— Motions denied. Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of EDWARD C. SCHAEFER and Others.— Motion granted; question to be certified on settlement of order.    Order to be settled on notice.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

JOSEPH M. L. STRIKER v. MARIE FARRINGTON and Others.— Motion denied.    Present — Clarke, P. J., Scott, Dowling, Smith and Page, JJ.

In the Matter of the Application of THOMAS E. RUSH, Appellant, for Relief under and Pursuant to the Election Law.    JOHN V. McAVOY and the BOARD OF ELECTIONS, Respondents.— Appeal from order denying motion to resettle dismissed.    The order providing for an examination and recount of the ballots modified as stated in order, and as so modified affirmed.    No opinion.    Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.